UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 14-01327-BRO | Date | September 23, 2014 |
|---|---|---|---|
| Title | In Re Arthur A. Menchaca and Christine L. Menchaca | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

**ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL**

PROCEEDING:      (IN CHAMBERS)      ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL

     The appeal in the above bankruptcy matter has been assigned to the Court of Beverly Reid O'Connell. Bankruptcy Rule 8002(a) requires that Appellant file notice of the appeal with the Clerk of the Bankruptcy Court within fourteen (14) days of the date of entry of the Order, Judgment or Decree from which the appeal is taken. Failure to timely file the notice deprives the Court of jurisdiction. In the Matter of Ramsey, 612 F.2d 1220, 1222 (9th Cir. 1980).

     Within fourteen (14) days after filing the notice of appeal, the appellant must file a statement of the issues on appeal and the notice re: ordering of the reporter's transcript or waiver thereof with the Clerk of the District Court. Bankruptcy Rule 8006.

     Within thirty (30) days after the filing of the statement, Appellant must file the reporter's transcript, if required, with the Clerk of the District Court. Within fifteen (15) days of the filing of the transcript or the notice that a transcript is not needed, Appellant must file and serve the appeal brief and excerpts of record. Within fifteen (15) days after service of the Appellant's brief, the Appellee must file and serve the appellee brief. Bankruptcy Rule 8009(a)(2).

     Within ten (10) days after service of the reply brief, the Appellant must notify the Courtroom Deputy of Judge Beverly Reid O'Conncell that the record is complete for the purposes of the appeal, so that the appeal may be calendared for oral argument or taken under submission.

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 14-01327-BRO | Date | September 23, 2014 |
|---|---|---|---|
| Title | In Re Arthur A. Menchaca and Christine L. Menchaca | | |

  Accordingly, Appellant is ordered to show cause in writing on or before <u>October 14, 2014</u>, why this appeal should not be dismissed for lack of jurisdiction.

  Appellant has failed to:
    the statement of issues on appeal.
    pay the filing fee [28 USC Section 930(b) and (c)]
    the notice re reporter's transcript.
    the appeal brief.

  Accordingly, Appellant is hereby ordered to show cause in writing, on or before October 14, 2014, why this appeal should not be <u>dismissed</u> for lack of prosecution.  If the required action has been taken, no further response to the order to show cause is necessary.